MOTION GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:24-mj-04310 |
| | ) | |
| | ) | JUDGE FRENSLEY |
| RICKY DEWAYNE EDWARDS | ) | |

## MOTION TO DISMISS COMPLAINT

COMES NOW the United States of America, by and through Henry C. Leventis, United States Attorney, and the undersigned Assistant United States Attorneys, Monica Morrison and Robert E. McGuire, and moves this Court to dismiss the Criminal Complaint in this case.

For cause, the United States would submit that the Defendant was arrested on the Complaint on or about August 26, 2024. Pursuant to 18 U.S.C. §3161(b), an indictment must issue within thirty days from the date of that arrest. The United States submits that it is not presently able, nor will be able, to present the Defendant's case for consideration by the federal grand jury within thirty days of his arrest.

Therefore, pursuant to the Speedy Trial Act, the United States moves to dismiss the Criminal Complaint.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By:    *s/ Monica Morrison*
MONICA MORRISON

   *s/ Robert E. McGuire*
ROBERT E. MCGUIRE
Assistant U. S. Attorneys
719 Church Street, Suite 3300
Nashville, Tennessee 37203

Telephone: 615-401-6617

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System, on September 17, 2024.

                                               *s/ Monica Morrison*
                                               MONICA MORRISON
                                               Assistant United States Attorney